UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JESSICA SHAW                                                              JURY TRIAL DEMANDED

v.                                                                                        CASE NO.  3:12CV

PARKER, LAWLER AND ASSOCIATES, LLC
SCOTT A. WILSON

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act ("CCPA"), and the Connecticut Unfair Trade Practices Act.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Defendant Wilson owns and operates defendant Parker, Lawler and Associates, LLC, and personally participated in the actions described herein.

5. Defendant Parker is a business engaged in buying defaulted accounts and engaging in collection efforts thereon.

6. In and after February, 2011, defendants engaged in collection efforts with regard to "an account with Washington Mutual and/or its predecessor or successor."

7. Defendants alleged that Jessica Shaw used the account "by purchasing goods and services used for personal and family purposes."

8. Defendants claim to have purchased the Washington Mutual account, but the incomplete chain of title they provided court includes no document showing that Washington Mutual ever had or originated the alleged account.

9. Defendants claim that a payment was made in October 2007, but refused to provide documentation of that payment.

10. Plaintiff believes no such payment was made; accordingly the account is beyond the statute of

limitations.

11. Defendants falsely claim that they mailed a first class letter to plaintiff on December 28, 2011, in order to meet the filing requirements of the small claims court.

12. Defendants fabricated a statement of account as a basis for making a claim on an account stated theory of recovery.

13. Defendants failed to provide notices required by §1692e(11) or §1692g.

14. In their collection efforts, defendants violated the FDCPA, § 1692d, -e, -f(1), or -g. Defendant Parker violated the parallel provisions of the CCPA. Both defendants violated CUTPA

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such actual, statutory or punitive damages as are permitted by law, including $1,000 statutory damages under the FDCPA against each defendant.

2. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the CCPA against Palmer.

3. Award such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net

2