```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


JESSICA SHAW                        :

     v.                             :     CASE NO. 3:12CV123 (AWT)

SCOTT A. WILSON, and PARKER,        :
LAWLER AND ASSOCIATES, LLC
```

DEFAULT JUDGMENT

The defendants having failed to appear, plead or otherwise defend in this action, and a default under F.R.Civ.P. 55(a) having been entered on May 15, 2012, and

The plaintiff having filed on May 24, 2012 a motion for default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, the court having considered the full record of the case including applicable principles of law, and the court having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff Jessica Shaw: (1) against the defendant Scott A. Wilson in the amount of $1,000 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.; (2) against the defendant Scott A. Wilson in the amount of $1,000 pursuant to the Connecticut Creditor's Collection Practices Act, Conn. Gen. Stat. § 36a-645 et seq.; (3) against the defendant Parker, Lawler and Associates, LLC in the amount of $1,000 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.; (4) against the defendant Parker, Lawler and Associates, LLC in the amount of

-2-

$1,000 pursuant to the Connecticut Creditor's Collection Practices Act, Conn. Gen. Stat. § 36-645 et seq.; and (5) against both defendants Jessica Wilson and Parker, Lawler and Associates, LLC in the amount of $2,450, representing $2,100 in attorney's fees and $350 for costs of filing.

    Dated at Hartford, Connecticut, this 6th day of June, 2012.

                              ROBIN D. TABORA, Clerk  
                              United States District Court

                              By   /s/ SLS  
                                    Sandra Smith  
                                    Deputy Clerk

EOD   6/6/12